USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2020

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Adam Rogas ,
            Defendant(s).
----------------------------------------------------------X

CONSENT TO PROCEED BY
VIDEOCONFERENCE

20 -CR- 539 (JPC)(__)

Defendant **Adam Rogas** hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

**X** Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_Adam Rogas /JPC_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Adam Rogas**
Print Defendant's Name

_William M. Sullivan, J._
Defense Counsel's Signature

**William M. Sullivan, Jr.**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_10/15/20_
Date

_____
U.S. District Judge/U.S. Magistrate Judge