USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2020

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

ADAM ROGAS          ,
                Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 539 (JPC)(__)

Defendant __ADAM ROGAS__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____          _____
Digitally signed by Adam Rogas
Date: 2020.11.23 09:51:24 -08'00'
Defendant's Signature                Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Adam Rogas**                      **William M. Sullivan, Jr.**
Print Defendant's Name              Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__12/1/20__                         _____
Date                                U.S. District Judge/U.S. Magistrate Judge