March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

ADAM ROGAS    ,
                    Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 539 (JPC)( )

Defendant __ADAM ROGAS_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

**X**  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence

_____  
Defendant's Signature  
(Judge may obtain verbal consent on Record and Sign for Defendant)  
Digitally signed by Adam Rogas
Date: 2021.01.14 13:45:21 -08'00'

# Adam Rogas
Print Defendant's Name

_____  
Defense Counsel's Signature

# William M. Sullivan, Jr.
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

1/15/2021  
Date

_____  
U.S. District Judge/U.S. Magistrate Judge