## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ADAM P. ROGAS**<br><br>      **Defendant** | **Criminal Action 1:20-cr-00539-JPC** |

### [~~PROPOSED~~] ORDER

**THIS MATTER**, having come before the Court through Defendant's letter motion seeking a continuation of the Court's upcoming status conference with the consent of the Government, and the Court having considered the matter, it is hereby:

**ORDERED** that Defendant's letter motion is **GRANTED**; and it is

**FURTHER ORDERED** the Court's status conference, originally scheduled for Tuesday, February 23, 2021 at 2:00 p.m., is hereby rescheduled to Wednesday, March 3, 2021 at 11:00 a.m.

**SO ORDERED.**

Dated:  February 22, 2021                    _____

The Hon. John P. Cronan
United States District Judge