UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM P. ROGAS<br><br>Defendant | Criminal Action 1:20-cr-00539-JPC |
|---|---|

[PROPOSED] ORDER

**THIS MATTER**, having come before the Court through Defendant's letter motion seeking approval for travel to Colorado for the dates of March 3 through March 7, 2021, and the Court having considered the matter, it is hereby:

**ORDERED** that Defendant's letter motion is **GRANTED**; and it is

**FURTHER ORDERED** that Mr. Rogas is permitted to travel to Colorado for the dates of March 3 through March 7, 2021, for the purpose of attending the 22nd Annual SPI Vail Trip, as detailed in Mr. Rogas' letter motion.  Such travel shall not be deemed a violation of the terms of Mr. Rogas' Bail Disposition.  ECF No. 5.

**SO ORDERED.**

Dated: March 2, 2021                                              _____

The Hon. John P. Cronan
United States District Judge