March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Adam P. Rogas      ,

               Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 539 (__)(__)

Defendant __Adam P. Rogas__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/s Adam P. Rogas
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Adam P. Rogas**
Print Defendant's Name

_[signature: William M. Sullivan Jr.]_
Defense Counsel's Signature

**William M. Sullivan Jr.**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

3/3/2021
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge