# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ADAM P. ROGAS**<br><br>**Defendant** | **Criminal Action 1:20-cr-00539-JPC** |

## ~~[PROPOSED]~~ ORDER

**THIS MATTER**, having come before the Court through Defendant's unopposed letter motion seeking an extension of the Court's deadline to file motions through May 4, 2021, for Mr. Rogas to file a motion for a Bill of Particulars, and the Court having considered the matter, it is hereby:

**ORDERED** that Defendant's unopposed letter motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall file his motion for a Bill of Particulars no later than Tuesday, May 4, 2021; and it is

**FURTHER ORDERED** that the government shall file its opposition, if any, to both Defendant's motion for a Bill of Particulars and Defendant's motion *in limine*, (ECF No. 29), no later than Tuesday, May 25, 2021; and it is

**FURTHER ORDERED** that Defendant's reply in further support, if any, of his motion for a Bill of Particulars and motion *in limine* shall be filed no later than Tuesday, June 8, 2021.

The oral argument on Defendant's motions scheduled for May 13, 2021, at 10:00 a.m. is adjourned to June 16, 2021, at 10:00 a.m.

On March 3, 2021, the Court excluded time under the Speedy Trial Act through May 13, 2021, pursuant to 18 U.S.C. § 3161(h)(7)(A). In light of the pretrial motion filed by Defendant, time is additionally excluded under 18 U.S.C. § 3161(h)(1)(D), which excludes periods of delay "resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion."

**SO ORDERED.**

Dated: __April 21, 2021__                                         _____

                                                                                            The Hon. John P. Cronan
                                                                                            United States District Judge

2