UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                :

UNITED STATES OF AMERICA,                :

          -v-                                     :         20 Crim. 539 (JPC)

ADAM ROGAS,                           :         <u>ORDER</u>

                   Defendant.           :

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      At the conference on March 3, 2021, the Court scheduled a status conference for May 13, 2021, at 10:00 a.m. and discussed the possibility of setting a September 2021 trial date at that conference. Dkt. 27 at 12, 14. The Court also set a briefing schedule for any forthcoming motions to be made by Defendant, with opening motions due April 15, 2021, the Government's oppositions due April 29, 2021, and Defendant's reply due on May 6, 2021. *Id.* at 12-13.

      Defendant filed a motion *in limine* on April 15, 2021. Dkt. 29. On April 21, 2021, Defendant filed a letter, requesting an extension of the Court's April 15, 2021 motions' deadline to May 4, 2021, to allow Defendant to file a motion for a Bill of Particulars that was referenced in Defendant's motion *in limine*. Dkt. 30. The Court granted the request, setting a deadline of May 4, 2021 for Defendant's motion for a Bill of Particulars, May 25, 2021 for the Government's opposition to both of Defendants' motions, and June 8, 2021 for Defendant's reply. Dkt. 31. The Court also adjourned the May 13, 2021 status conference to June 16, 2021, at 10:00 a.m.

      In light of the adjournment of the May 13, 2021 status conference, Defendant is ordered to file a letter with the Court by 5 p.m. on May 13, 2021, advising the Court whether he requests a September 2021 trial date. If so, Defendant is directed to confer with the Government and advise

the Court of any scheduling conflicts that either the Defendant or the Government have in September.

SO ORDERED.

Dated: May 11, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge