# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**United States of America**

    **v.**

**Adam Rogas**

      **Defendant.**

Criminal Action No. 1:20-cr-00539-JPC

## [PROPOSED] ORDER

**THIS MATTER**, having come before the Court through Defendant's consent letter motion seeking a continuance of the hearing scheduled for Wednesday, June 16, 2021, at 10:00 a.m., and the Court having considered the matter, it is hereby:

**ORDERED** that Defendant's consent letter motion is **GRANTED**; and it is

**FURTHER ORDERED** that the hearing scheduled for Wednesday, June 16, 2021, at 10:00 a.m. is hereby adjourned to __June 30, 2021 at 11:00 a.m.__

**FURTHER ORDERED** that time through the continued date of the hearing shall be excluded under the Speedy Trial Act pursuant to Title 18 U.S.C. § 3161(h)(1)(D), which excludes periods of delay "resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion." In light of the nature of Defendant's request for a continuance, its brevity, and the consent of the government, time shall also be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), as "the ends of justice served by taking such action" outweigh the interest in a speedy trial.

    **SO ORDERED.**

Dated: June 5, 2021

_____

The Hon. John P. Cronan
United States District Judge

The Court plans to hold the oral argument in Courtroom 12D at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, 10007. If Defendant requests that the oral argument be held remotely via video conference, he shall submit a letter to the Court within a week of the filing of this Order.