March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

Adam Rogas            ,
                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 539 (JPC) (__)

Defendant __Adam Rogas_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Oral Argument

___ Misdemeanor Plea/Trial/Sentence

_Adam Rogas_ (Digitally signed by Adam Rogas, Date: 2021.06.28 07:01:53 -07'00')
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

  Adam Rogas
_____
Print Defendant's Name

_____
Defense Counsel's Signature

  William M. Sullivan, Jr.
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

6/30/2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge