March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Adam Rogas  ,
                Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 539 (JPC) (__)

Defendant Adam Rogas hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

X Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Adam Rogas**
Print Defendant's Name

_____
Defense Counsel's Signature

**William M. Sullivan, Jr.**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

August 12, 2021
Date

_____
U.S. District Judge/U.S. Magistrate Judge