UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
:
      -v-                                                             :    20 Cr. 539 (JPC)
:
ADAM ROGAS,                                                       :    ORDER
:
             Defendant.                                          :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On November 30, 2021, the Court set a trial-ready date in this case for May 17, 2022.  By no later than February 4, 2022, the parties shall submit a joint letter to the Court with their current views on whether they still expect the case to proceed to trial as scheduled.

      SO ORDERED.

Dated: February 1, 2022
       New York, New York

                                                                 JOHN P. CRONAN
                                                    United States District Judge