UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM P. ROGAS<br><br>Defendant | Criminal Action 1:20-cr-00539-JPC |

**ORDER**

**THIS MATTER**, having come before the Court through Defendant's letter motion seeking approval for travel to Colorado for the dates of March 2, 2022, through March 6, 2022, and the Court having considered the matter, it is hereby:

**ORDERED** that Defendant's letter motion is **GRANTED**; and it is

**FURTHER ORDERED** that Mr. Rogas is permitted to travel to Colorado for the dates of March 2, 2022, through March 6, 2022, for the purpose of attending the Annual SPI Vail Trip, as detailed in Mr. Rogas' letter motion. ECF No. 56. Such travel shall not be deemed a violation of the terms of Mr. Rogas' Bail Disposition. ECF No. 5.

**SO ORDERED.**

Dated: __March 1, 2022__       _____

The Hon. John P. Cronan
United States District Judge