UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                        :

UNITED STATES OF AMERICA                    :

                                                                                       :

             -v-                                      :          20 Cr. 539 (JPC)

ADAM ROGAS,                                      :              <u>ORDER</u>

                Defendant.             :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court previously set a trial-ready date in this case of May 17, 2022.  Dkt. 52.  Trial dates for the second quarter of 2022 have been released, and this matter has been calendared to commence trial on May 18, 2022 and to continue through the week of June 5, 2022.  All pretrial filing deadlines and the scheduled pretrial conference remain in place.

      SO ORDERED.

Dated: March 8, 2022
       New York, New York                                              JOHN P. CRONAN
                                                                        United States District Judge