

Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW | Washington, DC 20036 | tel 202.663.8000 | fax 202.663.8007

William M. Sullivan, Jr.
Thomas C. Hill
tel: +1.202.663.8027
wsullivan@pillsburylaw.com
thomas.hill@pillsburylaw.com

September 6, 2022

<u>Via ECF and Email</u>

The Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

      Re**:**   *United States v. Adam Rogas*, 1:20-cr-00539-JPC

Dear Judge Cronan,

      On July 15, 2022, this Court granted Mr. Rogas' letter motion requesting a continuance of sentencing so that Mr. Rogas could assist his wife and family in her recovery from a complicated surgery scheduled for mid-August.  ECF Nos. 63-64.  Subsequent to the Court's granting this relief, Mrs. Rogas' surgery was rescheduled by her doctors to Tuesday, September 6, 2022 (today).  We understand that Mrs. Rogas' first post-operation appointment with her doctors is scheduled for September 28, the day before sentencing in this matter is currently scheduled to take place.

      In light of the above, Mr. Rogas asks the Court for a brief extension of the continuance initially sought to accommodate the scheduling change by Mrs. Rogas' doctors, and so that Mr. Rogas may remain at home to assist with her recovery and care for their two very young children.  We understand that the surgery may require as much as approximately six to eight weeks of recovery and recuperation.  Mr. Rogas accordingly asks that sentencing be continued to October 19, October 20, or October 21, 2022.

The Honorable John P. Cronan
September 6, 2022
Page 2

      This is Mr. Rogas' second request for an extension of his sentencing hearing. Counsel for Mr. Rogas has conferred with the Government concerning the above. The Government does not object to Mr. Rogas' motion or the relief sought herein.

      For these reasons, Mr. Rogas respectfully requests that the Court grant his letter motion and enter the accompanying proposed order continuing sentencing.

Respectfully submitted,

William M. Sullivan, Jr.
Partner


Thomas C. Hill
Partner

cc: Richard Cooper, Esq.
     Jared Lenow, Esq.

The request is granted. The sentencing previously scheduled for September 29, 2022, is adjourned until October 21, 2022, at 2:00 p.m. The parties shall appear in Courtroom 12D of the Daniel P. Moynihan U.S. Courthouse, 500 Pearl St., New York, NY 10007.

SO ORDERED
Date: September 8, 2022
New York, New York

JOHN P. CRONAN
United States District Judge