UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**Adam P. Rogas**<br><br>**Defendant.** | No. 1:20-cr-00539-JPC |

**[PROPOSED] ORDER**

**THIS MATTER**, having come before the Court through Adam Rogas' letter motion requesting that the Court issue an Order granting him leave to file redacted versions of his Sentencing Memorandum and accompanying Exhibits 1, 2, and 11, as well as Exhibit 12 under seal, and the Court having considered the matter, it is hereby:

**ORDERED** that Mr. Rogas' letter motion is **GRANTED**; and it is

**FURTHER ORDERED** that Mr. Rogas is **GRANTED** leave to file redacted versions of his Sentencing Memorandum and accompanying Exhibits 1, 2, and 11, and that Exhibit 12 shall remain **UNDER SEAL**.

**SO ORDERED.**

Dated: October 7, 2022
New York, New York

_____

The Hon. John P. Cronan
United States District Judge