UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**Adam P. Rogas**<br><br>      **Defendant.** | No. 1:20-cr-00539-JPC |

**[PROPOSED] ORDER**

**THIS MATTER**, having come before the Court through Adam Rogas' letter motion requesting that the Court direct the Southern District of New York Probation Office ("Probation") to amend the Presentence Investigation Report (the "Report") issued in this proceeding on June 29, 2022 (ECF No. 62), and the Court having considered the matter, it is hereby:

**ORDERED** that Mr. Rogas' letter motion is **GRANTED**; and it is

**FURTHER ORDERED** that Probation is directed to provide an updated Report for the Court that includes identifying that on July 21, 2022, the Court ordered Mr. Rogas to seek and obtain mental health evaluation/treatment, as directed by Pretrial Services, as a condition of his pretrial release; and it is

**FURTHER ORDERED** that the update to the Report shall also reflect that Mr. Rogas has complied with such condition of pretrial release; and it is

**FURTHER ORDERED** that the updated Report shall be disclosed by November 16, 2022.

**SO ORDERED.**

2

Dated: November 2, 2022             _____
       New York, New York          The Hon. John P. Cronan
                                                   United States District Judge