

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

January 30, 2025

**VIA ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:  *United States v. Adam Rogas*
             *20 Cr. 539 (JPC)*

Dear Judge Cronan:

    The Government respectfully submits the enclosed Consent Preliminary Order of Forfeiture as to Substitute Assets (the "Order") for the Court's review and approval.

    On or about November 9, 2022 the Court ordered a forfeiture money judgment in the amount of $17,542,459.00 in United States currency (the "Money Judgment").  Dkt. 79.  To date, the Money Judgment against the defendant remains outstanding.

    Pursuant to Title 21, United States Code, Section 853(p), the Government has identified and seeks the forfeiture of all right, title and interest of the defendant in a house located in the Dominican Republic (the "Subject Property"). The defendant has consented to the Order forfeiting all of his right, title and interest in the Subject Property to the Government.

    Accordingly, the Government respectfully submits the proposed Order for the Court's review.

                                    Respectfully,

                                    DANIELLE R. SASSOON
                                    United States Attorney for the
                                    Southern District of New York

                   By:      \_\_\_\_\_/s_____
                                    Jared Lenow
                                    Assistant United States Attorney
                                    Tel. No.: (212) 637-1068

Cc (via ECF): All Counsel of Record