UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-v- :
:  20 Cr. 539 (JPC)
ADAM ROGAS, :
:  <u>ORDER</u>
:
Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of several forfeiture petitions.  *See* Dkts. 101-104.  By October 27, 2025, the Government shall file its response to those petitions, if any, at which point the Court will schedule a forfeiture hearing under 21 U.S.C. § 853(n).

SO ORDERED.

Dated: October 6, 2025
       New York, New York
                                                     _____
                                                            JOHN P. CRONAN
                                                        United States District Judge