UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                       :

UNITED STATES OF AMERICA            :

          -v-                   :

                                    :        20 Cr. 539 (JPC)

ADAM ROGAS,                 :

                                    :         ORDER

                                    :

                  Defendant.      :

                                    :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Clerk of Court is respectfully directed to add to ECF as an interested party Drivetrain,

LLC, in its capacity as plan trustee of the Cyber Litigation Trust of the estate of NS8 Inc. n/k/a

Cyber Litigation Inc.

SO ORDERED.

Dated: November 26, 2025
      New York, New York                               JOHN P. CRONAN
                                           United States District Judge