UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ADAM ROGAS,<br><br>Defendant. | 20 Cr. 539 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

Petitioner Drivetrain, LLC's request for a status conference is granted. *See* Dkt. 122. The parties—including the United States and all petitioners claiming an interest in the forfeitable assets—shall appear before the undersigned in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007, on October 20, 2026, at 2:00 pm.

SO ORDERED.

Dated: September 15, 2026
New York, New York

JOHN P. CRONAN
United States District Judge