UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ADAM ROGAS,

Defendant.

20 Cr. 539 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On September 15, 2026, the Court scheduled a conference in this case to be held in person on October 20, 2026, at 2:00 p.m. Dkt. 123. The Court now re-schedules that conference for the same day (October 20, 2026) at 3:30 p.m. At the scheduled time, counsel for the United States and for all petitioners claiming an interest in the forfeitable assets should call (855) 244-8681, access code 2302 755 2307.

SO ORDERED.

Dated: October 15, 2026
New York, New York

JOHN P. CRONAN
United States District Judge